STATE OF NORTH CAROLINA v. NATHANIEL GARRISON.

(Filed 11 October, 1967.)

APPEAL by defendant from *Bailey, J.,* 5 June 1967, Special Criminal Session, MECKLENBURG Superior Court.

The defendant was charged with robbing a 73-year-old man, George McGill, of $270.00. He pleaded not guilty.

McGill testified that Garrison came to his house early in the morning on March 13, 1967. After some drinking, McGill wanted to get some food for his lunch, went to lock the back door, and was then hit in the face and stomach; and his wallet, containing $270.00, was taken by the defendant. The defendant then left McGill's home in his Buick.

The defendant denied all connection with the charge, said he didn't know McGill, and that he was in Gaffney, South Carolina at the time in question. He offered other evidence tending to show an alibi.

Upon a verdict of guilty and a sentence of imprisonment, the defendant appealed.

*John R. Ingle, Attorney for defendant appellant.*

*T. W. Bruton, Attorney General, and Ralph Moody, Deputy Attorney General, for the State.*

PER CURIAM. This is a case in which the jury, upon competent and impressive evidence, found the defendant guilty. It rejected the defendant's alibi, and accepted the evidence of the State that the defendant beat an old man and robbed him.

The defendant assigns several alleged errors, but upon careful examination, we find them without substantial merit.

No error.